UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON



| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:19cr27 |
| Plaintiff, | : | INFORMATION |
| v. | : | 21 U.S.C. § 841(a)(1) |
| TYLER O. ODER, | : | |
| Defendant. | : | |

The United States Attorney charges:

COUNT ONE

[21 U.S.C. §§ 841(a)(1) and 841(b)(1)(D)]

On or about January 18, 2019, in the Southern District of Ohio, defendant **TYLER O. ODER** knowingly and intentionally possessed with intent to distribute a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

BENJAMIN C. GLASSMAN
United States Attorney

*/s/ Brent G. Tabacchi*

BRENT G. TABACCHI
Assistant United States Attorney

